FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAITH ELAIMY; ABIR ELAIMY, a/k/a ABEER ELAIMY; VICKI PECKHAM d/b/a TOP DRAWER CABINETS; SETERUS, INC.; and SPOKANE COUNTY,<br><br>Defendants. | No. 2:18-CV-00216-SMJ<br><br>**ORDER DISMISSING DEFENDANTS VICKI PECKHAM AND SPOKANE COUNTY** |

Before the Court are the parties' stipulated dismissals of Defendant Vicki Peckham, ECF No. 8, and Defendant Spokane County, ECF No. 9. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B),

**IT IS HEREBY ORDERED**:

**1.** The parties' stipulated dismissals of Defendant Vicki Peckham, **ECF No. 8**, and Defendant Spokane County, **ECF No. 9**, are **ACKNOWLEDGED**.

**2.** All claims against Vicki Peckham and Spokane County are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** The Clerk's Office is directed to **AMEND** the caption as follows:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAITH ELAIMY; ABIR ELAIMY,
a/k/a ABEER ELAIMY; and SETERUS, INC.,

    Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of August 2018.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge