FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAITH ELAIMY; ABIR ELAIMY, also known as ABEER ELAIMY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; WASHINGTON TRUST BANK; and FANNIE MAE,<br><br>Defendants. | No.   2:18-CV-00216-SMJ<br><br>**ORDER OF STIPULATED JUDGMENT** |

Before the Court is the parties' Joint Stipulation Regarding Discovery Between United States and Laith and Abir Elaimy, ECF. No. 38. Having reviewed the filing and the record in this matter, the Court is fully informed and acknowledges and grants the stipulation, and enters judgment in the stipulated amount.

The parties stipulate to the entry of judgment in favor of the United States, and against Laith Elaimy, in the amount of $355,133.92 as of July 31, 2019, for the 1999, 2001, and 2003 individual income tax periods. *Id.* at 2. The parties' stipulation is limited to the entry of judgment in the above-stated amounts, and does

ORDER OF STIPULATED JUDGMENT - 1

not resolve the issue of the United States' right to foreclose on certain property to satisfy some or all of the judgment. *Id.* at 2–3.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation Regarding Discovery Between United States and Laith and Abir Elaimy, ECF No. 38, is **ACKNOWLEDGED** and **GRANTED**.

2. The Clerk's Office shall enter **JUDGMENT** in favor of the United States, and against Defendant Laith Elaimy, in the amount of $355,133.92, as of July 31, 2019, for the 1999, 2001, and 2003 individual income tax periods.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER OF STIPULATED JUDGMENT - 2