# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2019

SEAN F. McAVOY, CLERK

United States of America,

*Plaintiff*

v.

Laith Elaimy; Abir Elaimy, also known as Abeer Elaimy; Federal National Mortgage Association; Washington Trust Bank; and Fannie Mae,

*Defendant*

Civil Action No. 2:18-CV-00216-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation Regarding Discovery Between United States and Laith and Abir Elaimy (ECF No. 38) is ACKNOWLEDGED and GRANTED. Judgment is entered in favor of the United States, and against Defendant Laith Elaimy, in the amount of $355,133.92 as of July 31, 2019, for the 1999, 2001, and 2003 individual income tax periods.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on the parties' Stipulation Regarding Discovery Between United States and Laith and Abir Elaimy (ECF No. 38).

Date: September 4, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb