FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LAITH ELAIMY; ABIR ELAIMY, also known as ABEER ELAIMY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; WASHINGTON TRUST BANK; and FANNIE MAE,<br><br>  Defendants. | No.    2:18-cv-00216-SMJ<br><br>**ORDER DISMISSING COUNT III OF COMPLAINT AND CLOSING CASE** |

On November 12, 2019, the Court acknowledged and incorporated the parties' stipulated settlement agreement by which Defendants Laith and Abir Elaimy would undertake efforts to sell certain real property to satisfy liens associated with the tax liabilities giving rise to this matter. ECF No. 43. On July 20, 2020, the parties filed a status report indicating the subject property had been sold and the liens discharged as a result. ECF No. 47 at 2. The parties therefore requested Count III of the Government's Complaint be dismissed and this case closed, as there remain no outstanding issues. *Id.* Having reviewed the record in this matter and the parties' status report, the Court is fully informed and grants dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Status Report and Joint Motion to Dismiss Count III of the Complaint and Close the Case, **ECF No. 47**, is **ACKNOWLEDGED** and **GRANTED**.

2. Count III of the Complaint, ECF No. 1 at 13–14, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING COUNT III OF COMPLAINT AND CLOSING CASE – 2